# United States District Court
WESTERN DISTRICT OF WASHINGTON

CHRISTOPHER PULLEN,

        Plaintiff,

   v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5467KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

√ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT the ALJ properly determined plaintiff was not disabled. The ALJ's decision is AFFIRMED.

May 25, 2010

BRUCE RIFKIN
Clerk

_By Traci Whiteley, Deputy Clerk_